UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASADENA REPUBLICAN CLUB, ) <br> ) <br>       Plaintiff, ) <br>   v. ) <br> WESTERN JUSTICE CENTER; CITY ) <br> OF PASADENA, CALIFORNIA; and ) <br> JUDITH CHIRLIN, ) <br> ) <br>       Defendants. ) <br> _____ ) | No. 2:18 cv-09933 AWT-AFM <br><br> **PARTIAL JUDGMENT** |

In accordance with the Order Re: Motions: (1) To Dismiss; and (2) For Summary Judgment, signed and filed concurrently herewith,

    IT IS ORDERED and ADJUDGED that partial judgment is entered in favor of CITY OF PASADENA, CALIFORNIA ("City of Pasadena"). This action is DISMISSED against Defendant City of Pasadena.

    Cost may be awarded through an Application to Clerk to Tax Costs.

Dated: December 30, 2019    /s/ A. Wallace Tashima
                                    A. WALLACE TASHIMA
                                    United States Circuit Judge
                                    Sitting by Designation