UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASADENA REPUBLICAN CLUB, a General Purpose Political Committee, on behalf of itself and its members,<br><br>  Plaintiffs,<br><br>v.<br><br>WESTERN JUSTICE CENTER, a California nonprofit corporation; JUDITH CHIRLIN; and CITY OF PASADENA,<br><br>  Defendant/s.<br>_____ | Case No. 2:18-cv-09933 AWT<br><br>**FINAL JUDGMENT** |

In accordance with the Order Re: Motions: (1) To Dismiss; and (2) For Summary Judgment, signed and filed December 30, 2019 (Dkt. [69]), and Plaintiffs' Election Pursuant to Order Granting Defendants' Motions (Dkt. [71]),

**IT IS ORDERED and ADJUDGED** that this action is **DISMISSED** as against all remaining defendants, *i.e.,* Western Justice Center and Judith Chirlin.

Costs may be awarded through an Application to Clerk to Tax Costs.

The Clerk is directed to close the case.

Dated: January 13, 2020

  /s/ *A. Wallace Tashima*
  A. WALLACE TASHIMA
  United States Circuit Judge
  Sitting by Designation